MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HEATHER M. MELTON (CABN 260870)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: heather.melton@usdoj.gov

Attorneys for Plaintiff

FILED
MAY 1 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-215 MAG |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 23, 2013 TO MAY 23, 2013 |
| CHARLES MANUEL, | |
| Defendant. | |

    The defendant, CHARLES MANUEL, represented by RITA BOSWORTH, Assistant Federal Public Defender, and the government, represented by HEATHER M. MELTON, Special Assistant United States Attorney, stipulate that time should be excluded from April 23, 2013 to May 23, 2013 from the Speedy Trial Clock.

    The parties appeared before the Court on April 19, 2013. Defendant was arraigned and a not guilty plea was entered. The government produced discovery to defense counsel on April 23, 2013. The parties jointly requested to appear before the Court on May 23, 2013 for a status hearing. Based on the parties' request, the matter was continued to May 23, 2013 at 9:30 a.m. before Judge James.

    The parties now jointly request that time be excluded under the Speedy Trial Clock from

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
Case No. CR 13-215 MAG

April 23, 2013 to May 23, 2013. Although many petty offenses and misdemeanors are not subject to the Speedy Trial Act, the charged offense is a Class A Misdemeanor, which does fall under the Speedy Trial Act requirements. 18 U.S.C. § 3172(2) (2013). The parties request that time be excluded based upon the need for effective preparation of counsels, pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv). The government has produced discovery to defense counsel and defense counsel requires time to review it personally and with her client.

DATED: April 23, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney


By /s/
HEATHER M. MELTON
Special Assistant U.S. Attorney


DATED: April 23, 2013

BY /s/
RITA BOSWORTH
Assistant Federal Public Defender

//
//
//
//
//
//
//
//
//
//
//
//

1 [PROPOSED] ORDER

2  Based upon the representations of counsels and for good cause shown, the Court finds
3 that failing to exclude the time between April 23, 2013 and May 23, 2013 would unreasonably
4 deny counsels the reasonable time necessary for effective preparation, taking into account the
5 exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends
6 of justice served by excluding the time between April 23, 2013 and May 23, 2013 from
7 computation under the Speedy Trial Act outweigh the best interests of the public and the
8 defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April
9 23, 2013 and May 23, 2013 shall be excluded from computation under the Speedy Trial Act. 18
10 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 5-1-13

HON. MARIA-ELENA JAMES
United States Magistrate Judge