1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HEATHER M. MELTON   (CABN 260870)
   Special Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: heather.melton@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 13-00215 MEJ
                                       )
15        Plaintiff,                   )
                                       )    STIPULATION TO CONTINUE
16   v.                                )    APPEARANCE OF CHARLES MANUEL
                                       )    AND [PROPOSED] ORDER TO
17  CHARLES MANUEL,                    )    EXCLUDE TIME
                                       )
18        Defendant.                   )
   _____ )
19

20        The defendant, CHARLES MANUEL, represented by RITA BELLE BOSWORTH,

21  Assistant Federal Public Defender, and the government, represented by HEATHER M.

22  MELTON, Special Assistant United States Attorney, jointly request that this matter be continued

23  from May 23, 2013 to June 27, 2013 for a change of plea or to set a trial date.  This continuance

24  is requested to allow defense counsel the opportunity to complete her review of the provided

25  discovery, investigate legal issues pertinent to case resolution, and completely advise her client

26  as to the possible risks of trial and benefits of settlement.  This continuance is also requested

27  based upon scheduling needs of defense counsel.  Counsels also jointly request that time be

28  excluded from the Speedy Trial Act from May 23, 2013 to June 27, 2013 pursuant to 18 U.S.C.

1   § 3161(h)(7)(B)(iv). The exclusion of time is based upon the need of both counsels for

2   additional time to effectively prepare and continuity of defense counsel.

3   DATED:        May 22, 2013                  Respectfully submitted,

4                                               MELINDA HAAG
                                                United States Attorney
5

6
                                                By____/s/_____
7                                               HEATHER M. MELTON
                                                Special Assistant U.S. Attorney
8
    DATED:        May 22, 2013
9

10                                              By____/s/_____
                                                RITA BELLE BOSWORTH
11                                              Assistant Federal Public Defender
                                                Attorney for Defendant CHARLES
12                                              MANUEL

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

1

**[PROPOSED]** ORDER

2      The Court hereby continues the appearance in the above-captioned matter to June 27,

3  2013. Based upon the representations of counsels and for good cause shown, the Court finds that

4  failing to exclude the time between May 23, 2013 and June 27, 2013 would unreasonably deny

5  counsels the reasonable time necessary for effective preparation, taking into account the exercise

6  of due diligence, and continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court

7  further finds that the ends of justice served by excluding the time between May 23, 2013 and

8  June 27, 2013 from computation under the Speedy Trial Act outweigh the best interests of the

9  public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time

10  between May 23, 2013 and June 27, 2013 , 2013 shall be excluded from computation under the

11  Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

12

13

14  DATED: __May 22, 2013__    _____
                                HON. MARIA-ELENA JAMES
15                              United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28